# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LOVEETA L. WATKINS                                                       PLAINTIFF

v.                                           4:16CV00798-JM

DOE                                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 29th day of December, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE